IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :

   MELISSA MARIE CALDWELL,                       :
      Debtor                                    :
                                     :
                                     :     CHAPTER 13
   JACK N. ZAHAROPOULOS,                         :
   CHAPTER 13 TRUSTEE,                           :
      Movant                                    :
                                     :
      vs.                                       :     CASE NO.  1:26-bk-00997-HWV
                                     :
   MELISSA MARIE CALDWELL,                       :
      Respondent                                :

**ORDER**

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice, Doc. 8, and the hearing held on May 20, 2026, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED** in part and the above-captioned case is dismissed with prejudice. Debtor is barred from filing in this District for a period of 180 days from the date of this Order without prior Court Order.

By the Court,

_Henry W. Van Eck_

_____

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 20, 2026