# Notice Recipients

District/Off: 0314–1  User: AutoDocketer  Date Created: 5/20/2026

Case: 1:26–bk–00997–HWV  Form ID: pdf010  Total: 7

**Recipients of Notice of Electronic Filing:**

ust  United States Trustee  ustpregion03.ha.ecf@usdoj.gov
tr  Jack N Zaharopoulos  info@pamd13trustee.com
aty  Jordan Matthew Katz  jkatz@raslg.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db  Melissa Marie Caldwell  596 Green Valley Road  York, PA 17403
cr  U.S. Bank National Association  Robertson, Anschutz, Schneid, Crane & Pa  13010 Morris Rd., Suite 450  Alpharetta, GA 30004 UNITED STATES
5795683  Credit Acceptance  25505 W Twelve Mile Rd  Suite 3000  Southfield MI 48034
5796036  U.S. Bank National Association  Robertson, Anschutz, Schneid, & Crane PL  13010 Morris Rd., Suite 450  Alpharetta, GA 30004

TOTAL: 4